IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NETLIST, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 25-1371 (JLH) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE THAT the appearance of Ben Yenerall of MORRIS, NICHOLS, ARSHT & TUNNELL LLP as counsel for Plaintiffs Samsung Electronics Co., Ltd, Samsung Semiconductor, Inc. and Samsung Electronics America, Inc. is hereby withdrawn. Plaintiffs will continue to be represented by MORRIS, NICHOLS, ARSHT & TUNNELL LLP, COVINGTON & BURLING LLP, and KIRKLAND & ELLIS LLP.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiffs*

OF COUNSEL:

Brian Nester
Peter Swanson
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
(202) 662-6000

Thomas Garten
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA  94105-2533
(415) 591-6000

Gregory S. Arovas
Todd M. Friedman
James E. Marina
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY  10022
(212) 446-4800

F. Christopher Mizzo
Michael A. Pearson, Jr.
Azaad Zimmermann
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC  20004
(202) 389 5000

Greg Polins
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL  60654
(312) 862-2000

Cameron Lindsay
Luke Norrell
KIRKLAND & ELLIS LLP
401 W 4th Street, Suite 4000
Austin, TX  78701
(512) 678-9050

December 30, 2025